United States District Court
Southern District of Texas
**ENTERED**
August 12, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **GEORGE WELCH,** | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. 5:20-CV-00059** |
| **JENN ENERGY SERVICES, LLC,** *et al.*, | § | |
| Defendants. | § | |

## ORDER

On August 12, 2022, the Parties in this case filed a self-effectuating joint stipulation of dismissal. (Dkt. 39.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation, signed by counsel for all Parties, notified the Court that the case has been dismissed with prejudice. (Dkt. 39 at 1.) Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE this case and TERMINATE any pending motions.

IT IS SO ORDERED.

SIGNED this August 12, 2022.

_____
Diana Saldaña
United States District Judge